COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JAVIER AVILA, | § | No. 08-10-00257-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 346th District Court |
|  | § |  |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 20080D05617) |
|  | § |  |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a motion to dismiss filed by Appellant pursuant to Texas Rule of Appellate Procedure 42.2(a). The motion was personally signed by Appellant and was filed before our decision in the case. A duplicate copy of the motion has been forwarded to the trial court clerk. Because the motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


February 23, 2011
_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)